WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) CR-11-8004-001-PCT-FJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **DETENTION ORDER** |
| Philana Nikita Betoney | ) |
| Defendant. | ) |

On August 16, 2011, defendant Philana Nikita Betoney appeared before this Court on a petition to revoke conditions of release. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that the defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court. 18 U.S.C.§ 3148(b).

IT IS THEREFORE ORDERED that defendant be detained and remanded to the custody of the Bureau of Prisons for service of sentence.

DATED this 16th day of August, 2011.

Joseph C. Welty
Maricopa County Superior Court Judge